UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KRISTOPHER L. JARVIS, | ) | CASE NO. 1:06 CV 2042 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LORAIN COUNTY CORRECTIONAL FACILITY | ) | |
| | ) | |
| Defendant. | ) | |

In an entry dated September 20, 2006, plaintiff was ordered either to pay the full filing fee or to file a proper Financial Application and prisoner account statement within 30 days.  Although that 30 day period has well expired, plaintiff has not sought additional time and has neither paid the filing fee nor filed a proper Financial Application and prisoner account statement.

Accordingly, this action must be and is hereby dismissed. McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

                                        s/Christopher A. Boyko
                                        CHRISTOPHER A. BOYKO
                                        UNITED STATES DISTRICT JUDGE

DATE: November 2, 2006